RECEIVED
JAN - 4 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| UNITED STATES OF AMERICA | CRIMINAL NO. 6:09-0320-08 |
|---|---|
|  | CIVIL NO. 6:15-2794 |
| VERSUS | JUDGE DOHERTY |
| FELTON HOPKINS | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by the petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Vacate filed pursuant to 28 U.S.C. § 2255 by *pro se* petitioner Felton Hopkins [rec. doc. 923] is **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period set forth in 28 U.S.C. § 2255(f).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 4 day of January, 2016.

**REBECCA F. DOHERTY**
**UNITED STATES DISTRICT JUDGE**